# Exhibit 1



**OFFICE OF INSPECTOR GENERAL**
DEPARTMENT OF DEFENSE
4800 MARK CENTER DRIVE
ALEXANDRIA, VIRGINIA 22350-1500

October 25, 2024

Mr. Robert Sander
The Sander Group, PLLC
6618 Saint Marks Court
Alexandria, VA 22306

Dear Mr. Sander:

This serves as the third interim response to your Freedom of Information Act (FOIA) request, on behalf of Kristina Glines, and the related case pending in the United States District Court for the District of Columbia, *Kristina Glines v. Department of Defense*, *et al.* Civil Action No. 1:24-cv-1222. The first two interim responses were released to you in response to FOIA request numbers DODOIG-2024-000119 and DODOIG-2024-000316.

The Defense Criminal Investigative Service conducted a search and located the enclosed records responsive to your request. This production consists of 41 pages of responsive records, Bates stamped 000001-000041.

Enclosed are 41 pages with certain portions redacted. The redacted information is withheld pursuant to FOIA exemptions:

- (b)(6), which pertains to information which constitutes a clearly unwarranted invasion of an individual's personal privacy (in this instance, the names, initials, phone numbers and personal identifying information of personnel and third parties);
- (b)(7)(C), which protects personal information in law enforcement records which could reasonably be expected to constitute an unwarranted invasion of privacy; and
- (b)(7)(E), which protects the disclosure of techniques and procedures for law enforcement investigations or prosecutions.

Our review included consideration of the foreseeable harm standard, as stated in DoDM 5400.07. Under this standard, the content of a particular record should be reviewed and a determination made as to whether the DoD Component reasonably foresees that disclosing it, given its age, content, and character, would harm an interest protected by an applicable exemption

Please be advised that Bates numbers 000008- 000014 are publicly accessible at https://www.countyoffice.org/property-record-1605-palm-springs-dr-vienna-va-22182-a44/#parcel, and Bates numbers 000016-000022 are publicly accessible at https://icare.fairfaxcounty.gov/ffxcare/Datalets/Datalet.aspx?sIndex=2&idx=1.

October 25, 2024

During the review, we determined that the U.S. Department of the Navy (DON) is the release authority for documents that may be responsive to your request. We have referred those pages to DON for processing and direct response to you.

Our office continues to process records in response to your request and we will provide these records to you in subsequent interim releases.

Sincerely,

Barbara Gonzalez
Division Chief
 FOIA, Privacy and Civil Liberties Office

Enclosure(s):
As stated